IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LARRY J. STEPHENS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | 5:05CV75 (DF) |
| : | |
| **STEVE UPTON,** : | |
| : | |
| **Defendant.** : | |

**O R D E R**

    This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Cluade W. Hicks, Jr. entered in this case on June 14, 1005.  The report recommended granting Defendant's motion to dismiss Plaintiff's complaint for not being timely filed, it exceeded the one year statute of limitations.  Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

    Accordingly, Defendant's Motion to Dismiss is hereby **GRANTED**.

    SO ORDERED, this 29th day of July, 2005.

                                   **s/ Duross Fitzpatrick**
                                   DUROSS FITZPATRICK, JUDGE
                                   UNITED STATES DISTRICT COURT

DF/has